# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, T.H. CAMPBELL**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JOSHUA A. DIAZ**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201500391**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 31 July 2015.
**Military Judge:** LtCol M.A. Crockett, USMC.
**Convening Authority:** Commanding Officer, Headquarters Regiment, 1st Marine Logistics Group, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** Maj T.B. Merritt, Jr., USMC.
**For Appellant:** CDR Suzanne Lachelier, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**25 February 2016**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court